# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:15CR449 |
|---|---|---|
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| vs. | ) | ORDER ON VIOLATION OF CONDITIONS OF SUPERVISED RELEASE |
| JOSEPH THOMAS FELICE, JR., | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on July 27, 2017. The Court referred this matter to Magistrate Judge George J. Limbert to conduct appropriate proceedings and to file a report and recommendation. The magistrate judge reported that a supervised release violation hearing was held on February 6, 2018, wherein the defendant admitted to the following violation: Failure to Report to Residential Treatment as Directed.

The magistrate judge filed a report and recommendation on February 6, 2018, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release.

A final supervised release violation hearing was conducted on February 26, 2018. Defendant Joseph Thomas Felice, Jr. was present and represented by Attorney Carlos Warner. The United States was represented by Assistant United States Attorney David Toepfer. United States Probation Officer Lisa Surman was also present.

No objections were filed to the report and recommendation of the magistrate

judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of his terms and conditions of his supervised release.

IT IS ORDERED that the defendant's term of supervised release is revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a term of three (3) months, with credit for time served since January 29, 2018. The Court recommends that the defendant be placed in a medical facility that can address his medical issues.

Upon release from imprisonment, the defendant shall serve a term of supervised release of two (2) years, with the same terms and conditions of supervised release as previously ordered, and with the following additional conditions:

1) At the time of release from the custody of the Bureau of Prisons, and as soon as a bed is available, the defendant shall be transported to Community Assessment and Treatment in Cleveland, Ohio, for residential drug/alcohol treatment for a minimal stay of 30 to 90 days.

2) Following his residential treatment program, defendant shall be placed at the Oriana House (Cleveland, Ohio) for a period of up to 6 months, or until the defendant finds a stable residence, approved by his U.S. Probation Officer. The Court will waive the subsistence fee.

3) The defendant shall participate in cognitive behavioral program as instructed by the pretrial services and probation officer.

Defendant is remanded to the custody of the United States Marshal.

**IT IS SO ORDERED**.

Dated: February 26, 2018

_____
**HONORABLE SARA LIOI
UNITED STATES DISTRICT JUDGE**